ACCEPTED
05-17-00898-cv
FIFTH COURT OF APPEALS
DALLAS, TEXAS
1/31/2018 11:18 AM
LISA MATZ
CLERK

No. 05-17-00898-CV

| | | |
|---|---|---|
| ECKITY CAPITAL MARKETS, LLC, | § | IN THE FIFTH |
| Appellant, | § | |
| | § | |
| v. | § | COURT OF APPEALS |
| | § | |
| JASON MICHAEL SPENCER, | § | |
| Appellee | § | DALLAS, TEXAS |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
1/31/2018 11:18:49 AM
LISA MATZ
Clerk

## APPELLANT'S MOTION TO DISMISS APPEAL

Appellant asks the Court to dismiss this appeal.

1. Appellant is Eckity Capital Markets, LLC.  Appellee is Jason Michael Spencer.

2. Appellant perfected this appeal on July 28, 2017, by filing a notice of appeal.

3. Texas Rule of Appellate Procedure 42(a)(1) grants the Court authority to dismiss this appeal "in accordance with a motion of appellant."  Appellant no longer desires to prosecute this appeal.

4.  Appellee agrees to the dismissal.

WHEREFORE, PREMISES CONSIDERED, appellant Eckity Capital Markets, LLC respectfully requests the Court grant its motion to dismiss, taxing costs on appeal against appellant.

Respectfully submitted,

/s/ *Philip A. Sellers*
Philip A. Sellers
State Bar No. 18015400
2777 Allen Parkway, Suite 1000
Houston, Texas  77019
(713) 452-2652
(832) 201-9259 - fax
pas@paslawtx.com

ATTORNEY FOR APPELLANT

CERTIFICATE OF CONFERENCE

I certify I conferred with Charmaine Voorhees, counsel for appellee, via telephone on January 31, 2018, concerning this motion, and appellee does not oppose the dismissal.

/s/ *Philip A. Sellers*
Philip A. Sellers

CERTIFICATE OF SERVICE

I certify I served this motion to dismiss on appellee through the electronic filing manager at the email address of appellee's attorneys to be served on file with the electronic filing manager on January 31, 2018.

/s/ *Philip A. Sellers*
Philip A. Sellers